```
CASE NO.:       05-cv-11259-RWZ
DATE:           September 2004
TIME:
PHONE NO.:      Voicemail message

PARTICIPANTS:   1.  Ryan Mulduring
```

RYAN: Hello, this is Ryan calling from Safety Insurance. I'm calling -- calling with regards to your claim with Safety for the '94 Honda Accord. I just wanted to let you know we will be making a payment on the claim so long as we receive a re-inspection from the appraiser. Once that is done, we will issue payment. So, give me a call if you have any questions, 617-951-0600, extension 5079. Thank you.

(Call terminated.)

VM: To erase, press 7. To return this call, press 8. To save, press 9. For more options, press 0.

(Recording terminated.)

1



**APEX Reporting**
P.O. Box 3
Boston, MA 02112
**(617) 426-3077**

DATE 8/17/05
INVOICE # 2825?

**INVOICE**

PO # or DCN #

**BILL TO:**
Keith Richardson

**SHIP TO:**

| DATE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|
| 8/17/05 | USDC-Keith Richardson V Safety Insurance, 05-11259-RWZ Transcription of voicemail message | | | 20.00 | 20.00 |

1.50% PER MONTH ON UNPAID BALANCE
Fed ID# 04-3535286

Paid 8/17/05

**Total**  $20.00