# UNITED STATES DISTRICT COURT

District of _____

Plaintiff
Keith A Richardson
v.
Safty Insurance
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, _____ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☑ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   Hill Shire Resource 1542A Columbus ave, March 18, 2005 $10.00

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☐ Yes | ☑ No |
   | f. | Any other sources | ☑ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Unemployment check. $107.00 week

4. Do you have **any** cash or checking or savings accounts?   ☑ Yes   ☐ No

   If "Yes," state the total amount. $6.47

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Keianna Richardson is my daughter. Ms Narea Shelburne also. I pay 83.00 child support for Keianna. I have a past order for $50wk for Narea Shelburne.

I declare under penalty of perjury that the above information is true and correct.

Aug 10 2005
_____
Date

_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



# THE COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF WORKFORCE DEVELOPMENT
### DIVISION OF UNEMPLOYMENT ASSISTANCE

MITT ROMNEY
GOVERNOR

KERRY HEALEY
LT. GOVERNOR

JANE C. EDMONDS
DIRECTOR, DEPARTMENT OF
WORKFORCE DEVELOPMENT

JOHN P. O'LEARY
COMMISSIONER

NAME: _Keith Richardson_

SS#: _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_

To Whom It May Concern:

\_\_\_\_\_ The above named individual does not have a current claim on file.

\_\_\_\_\_ The above named individual filed a claim with this office on _3-21-05_.

\_\_\_\_\_ The claimant was determined to be eligible for benefits and began receiving benefits for the ending _____ at a rate of _____ per week with a potential duration for _____ weeks.

\_\_\_\_\_ The claimant was determined to be ineligible and this determination was/was not appealed. No benefits have been paid to date.

\_\_\_\_\_ No determination has been made as to the claimant's eligibility for benefits. No benefits have been paid to date.

\_\_\_\_\_ The claimant's base period earnings were insufficient to establish a monetary eligible claim.

\_\_\_\_\_ Other: _Client has active ongoing claim as of 8-5-05 with no issues_

Signature: _Roslyn Thomas_     Date: _8-5-05_

Division of Employment and Training
Telephone Claims Center
P.O. Box 9692
Boston, MA 02114-9692

CHARLES F. HURLEY BUILDING • 19 STANIFORD STREET • GOVERNMENT CENTER • BOSTON, MA 02114

```
LO: 23-0 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* 016    RICHARDSON    KEITH   A   ST: MA  BYB: 03-20-05
ADDR: 3 GLADESIDE TERRACE    APT 2     CITY: MATTAPAN              CODE: 051
ST: MA  ZIP: 021262519  TEL: 617-590-5347 SEX: M  BIRTHDATE: 02-26-65 VET? N

SSN CHANGED TO/FROM? N/N  REAL SSN      : 58        BYE          : 03-18-06
LAST SIGN STATUS    : P   LO CHANGES    : 00        NEW EMPLOYMENT: Y
NON-PAY CODE        : 00  PREV OFFICE   : 00-0      NEW EMP SOURCE: W
CLM STATUS: MON CMPL - MONETARILY ELIGIBLE     X/C TRANS? N/N ACTIVE CL? Y
WORKSHARING? N            PROFILE/PERM SEP : N
FILE DATE      : 03-21-05 CREATE DATE      : 03-21-05  ADJ PROC REAS : 00
WAIT WEEK      : 03-26-05 RED CLOSE DATE   : 00-00-00  ISSUES OPEN   : 00
1ST COMP WEEK  : 04-02-05 DOT/SOC CODE     : 470000000 NBR DISQUALS  : 00
1ST PAY DATE   : 04-14-05                             POP RECORD    ? N
REG FIN PAY DTE: 00-00-00 BRI CONDUCTED    : 00-00-00  ADJ CHK DUE   ? N
EB FIN PAY DTE : 00-00-00 CRI CONDUCTED    : 00-00-00  OFF SCHEDULE  : 00
LAST SIGN DATE : 07-31-05 LAST REOP WE DTE : 00-00-00  REOP RESP DUE ? N
LAST WEEK PAID : 07-30-05 COMMENT DATE #1  : 00-00-00  COMMENT CDE #1:
LAST WK SIGNED : 07-30-05              #2  : 00-00-00              #2:
CL LAST UPDATE : 07-31-05              #3  : 00-00-00              #3:

               NEXT TRAN: _____  _____ *
```

8-5-05

*(signature)* RC Thomas

Division of Employment and Training
Telephone Claims Center
P.O. Box 9692
Boston, MA 02114-9692

```
UQS027                          SIGNING DATA SUMMARY              08-05-05 12:12

LO: 23-0  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  016  RICHARDSON    KEITH   A    ST: MA  BYB: 03-20-05

MOST REC EMPLOYER: 72-423860 XC: N  ISS:        BYE: 03-18-06     CREDIT: 4123
HILLSIDE RESOURCE & MANAGEMENT      APP PEND? N POP:              R-BAL:  1135
 ST DTE: 12-06-04  CURR P/E EMPS    CURR DISQ      ADJ PROC:      BENRTE:  166
SEP DTE: 03-18-05   1:              FR: 00-00-00  MON CMPLT? Y    DA AMT:   75
RO W/E:             2:              TO: 00-00-00   BP USED: PRI   PENS:      0
                FILE CHOICE: E      CMMTS:  - -   TAX WITH?  /    OFFSET:  999
RO REAS:  /STAT:  PIN STAT: ACTIVE  FYI: 00-00-00  SPEC MON?      CHLD S:   74
PROF/PERM SEP  :N HEALTH INS?       WORKSHARE? N     TEUC-A?      PAYRTE:  167

  SN             SIGNING    CODES             LOST   NET      NET   P AJ  CHECK    CHECK
  #  W/E DATE    DATE    M T P  CD    P/E     TIME   BEN      DA    G CK  BEN.     DA

  19 07-30-05 07-31-05  T P 00 00    0.00     0.00 166.00   75.00 R N     92.00    75.00
  18 07-23-05 07-24-05  T P 00 00    0.00     0.00 166.00   75.00 R N     83.00    75.00
  17 07-16-05 07-17-05  T P 00 00    0.00     0.00 166.00   75.00 R N     83.00    75.00
  16 07-09-05 07-10-05  T P 00 00    0.00     0.00 166.00   75.00 R N     83.00    75.00
  15 07-02-05 07-03-05  T P 00 00    0.00     0.00 166.00   75.00 R N     83.00    75.00

              NEXT TRAN: _____*
I0544 FOR MORE RECORDS HIT XMIT
```

```
UQS039                           SIGNING DATA SUMMARY SUPPLEMENT          08-05-05 12:13

LQ: 23-0  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  016   RICHARDSON    KEITH    A    ST: MA  BYB: 03-20-05

 SN           SIGNING      CODES              LOST   NET     NET   P AJ  CHECK  CHECK
  # W/E DATE  DATE     M T P  CD    P/E       TIME   BEN     DA    G CK  BEN    DA

 14 06-25-05  06-26-05   T P 00 00  0.00      0.00  166.00  75.00  R N   83.00  75.00
 13 06-18-05  06-19-05   T P 00 00  0.00      0.00  166.00  75.00  R N   83.00  75.00
 12 06-11-05  06-12-05   T P 00 00  0.00      0.00  166.00  75.00  R N   83.00  75.00
 11 06-04-05  06-05-05   T P 00 00  0.00      0.00  166.00  75.00  R N   83.00  75.00
 10 05-28-05  05-29-05   T P 00 00  0.00      0.00  166.00  75.00  R N   83.00  75.00
  9 05-21-05  05-22-05   T P 00 00  0.00      0.00  166.00  75.00  R N   83.00  75.00
  8 05-14-05  05-15-05   T P 00 00  0.00      0.00  166.00  75.00  R N   83.00  75.00
  7 05-07-05  05-08-05   T P 00 00  0.00      0.00  166.00  75.00  R N   83.00  75.00
  6 04-30-05  05-01-05   T P 00 00  0.00      0.00  166.00  75.00  R N   83.00  75.00
  5 04-23-05  04-24-05   T P 00 00  0.00      0.00  166.00  75.00  R N   83.00  75.00
  4 04-16-05  04-17-05   T P 00 00  0.00      0.00  166.00  75.00  R N   83.00  75.00
  3 04-09-05  04-10-05   T P 00 00  0.00      0.00  166.00  75.00  R Y  166.00  75.00
  2 04-02-05  04-05-05   T P 00 00  0.00      0.00  166.00  75.00  R Y  166.00  75.00
  1 03-26-05  03-27-05   T S 50 00  0.00      0.00    0.00   0.00  R N    0.00   0.00

            NEXT TRAN: _____                                                  *
I0518 NO MORE RECORDS TO DISPLAY
```

# Bank of America

Transaction History

BANK OF AMERICA, N.A. (THE "BANK")

**KEITH RICHARDSON**

**ECONOMY CHECKING**

**009494242616**

Last Posting Date    8/05/2005

## Since Last Statement Summary

Last Statement Date    7/21/2005

|  |  |  |  |
|---|---|---|---|
| Balance Last Statement |  | $ | 39.29 |
| Deposits/Credits | # 3 | + | 367.00 |
| Withdrawals/Debits | # 5 | - | 298.82 |
| Current Balance |  | $ | 107.47 |

| Date | Amount | Balance | Transaction |
|---|---|---|---|
| * 6/01/2005 | 100.00 | 105.06 | DEPOSIT-ATM 1659 BLUE HILL |
| * 6/01/2005 | 100.00 | 205.06 | DEPOSIT-ATM 434 WALPOLE |
| * 6/02/2005 | 20.00 | 185.06 | ATM WITHDRAWAL 1659 BLUE |
| * 6/03/2005 | 100.00 | 85.06 | ATM WITHDRAWAL 1659 BLUE |
| * 6/07/2005 | 20.00 | 65.06 | ATM WITHDRAWAL 1659 BLUE |
| * 6/08/2005 | 30.00 | 95.06 | DEPOSIT REFERENCE # |
| * 6/10/2005 | 7.43 | 87.63 | DEBIT CARD PURCHASE PAPA |
| * 6/13/2005 | 3.14 | 84.49 | DEBIT CARD PURCHASE CNS MAXI |
| * 6/14/2005 | 103.00 | 187.49 | DEPOSIT REFERENCE # |
| * 6/14/2005 | 65.66 | 121.83 | DEBIT CARD PURCHASE |
| * 6/16/2005 | 15.02 | 106.81 | DEBIT CARD PURCHASE |
| * 6/17/2005 | 9.49 | 97.32 | DEBIT CARD PURCHASE BUDGET |
| * 6/17/2005 | 7.47 | 89.85 | DEBIT CARD PURCHASE MARS |
| * 6/17/2005 | 4.50 | 85.35 | DEBIT CARD PURCHASE SUNOCO |
| * 6/17/2005 | 1.00 | 84.35 | ATM STATEMENT FEE |
| * 6/20/2005 | 150.00 | 234.35 | Counter Credit |
| * 6/20/2005 | 55.00 | 179.35 | DOWNTOWN JEWEL 06/20 |
| * 6/20/2005 | 20.00 | 159.35 | BANK OF AMERIC 06/20 |
| * 6/20/2005 | 3.88 | 155.47 | DEBIT CARD PURCHASE |
| * 6/21/2005 | 120.00 | 275.47 | Counter Credit |
| * 6/21/2005 | 17.07 | 258.40 | WALGREEN COMPA 06/21 |
| * 6/21/2005 | 7.00 | 251.40 | EXXONMOBIL 06/21 #000421413 |
| * 6/23/2005 | 100.00 | 151.40 | BANK OF AMERIC 06/23 |
| * 6/23/2005 | 6.29 | 145.11 | AutoZone 5076 06/23 |
| * 6/24/2005 | 5.76 | 139.35 | CHECKCARD 0623 PAPA GINOS |
| * 6/27/2005 | 33.44 | 105.91 | CHECKCARD 0623 VALVOLINE |
| * 6/27/2005 | 20.00 | 85.91 | BANK OF AMERIC 06/26 |
| * 6/27/2005 | 8.09 | 77.82 | CHECKCARD 0623 KELLEHER |
| * 6/27/2005 | 7.53 | 70.29 | CHECKCARD 0624 MING'S |
| * 6/27/2005 | 7.10 | 63.19 | CHECKCARD 0625 KELLEHER |
| * 6/27/2005 | 7.00 | 56.19 | CHECKCARD 0624 SHELL OIL |
| * 6/27/2005 | 2.88 | 53.31 | SHELL SERVICE 06/27 |
| * 6/28/2005 | 100.00 | 153.31 | Counter Credit |
| * 6/28/2005 | 80.00 | 73.31 | BANK OF AMERIC 06/27 |
| * 6/28/2005 | 19.00 | 54.31 | OVERDRAFT FEE FOR ACTIVITY |
| * 6/28/2005 | 19.00 | 35.31 | OVERDRAFT FEE FOR ACTIVITY |
| * 6/28/2005 | 19.00 | 16.31 | OVERDRAFT FEE FOR ACTIVITY |
| * 6/28/2005 | 19.00 | -2.69 | OVERDRAFT FEE FOR ACTIVITY |
| * 6/28/2005 | 19.00 | -21.69 | OVERDRAFT FEE FOR ACTIVITY |
| * 7/05/2005 | 21.00 | -.69 | BANK OF AMERIC 07/05 |
| * 7/05/2005 | 1.00 | .31 | BANK OF AMERIC 07/05 |

**P** = Items marked Pending have not yet been paid because they could cause your account to be overdrawn. If the Bank pays or returns this item, a service charge may result.

**\*** = Item(s) included in Previous Statement(s).

For additional information or service, please contact the Customer Service Center at 800-432-1000

NMA
00-14-9036M (3/2000)

Page    1