UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 05-11259-RWZ

KEITH RICHARDSON
Plaintiff

v.

SAFETY INS. CO.
Defendant

## ORDER OF DISMISSAL

ZOBEL, D.J.

The plaintiff called and wishes to Voluntarily dismiss his case. The case is closed.

By the Court,

 /s Lisa A. Urso
Deputy Clerk

December 13, 2005

To: All Counsel